Certificate Number: 16339-PAE-DE-038238064

Bankruptcy Case Number: 24-10303



16339-PAE-DE-038238064

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 2, 2024</u>, at <u>1:38</u> o'clock <u>AM EST</u>, <u>Kendra Lebo</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>March 2, 2024</u>          By:     <u>/s/Kelley Tipton</u>

Name:   <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>